McGREGOR W. SCOTT
United States Attorney
Roger Yang
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 17, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:21-sw-0107 AC |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-821-1774 | SEALING ORDER<br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: February 17, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER

1