1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
**12/29/2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>1841 HARDY DRIVE, WOODLAND, CALIFORNIA 95776;<br>2628 27TH STREET, SACRAMENTO, CALIFORNIA 95818;<br>The Person of JOHN K. HATCHIE; and<br>The Cellular Telephone Assigned Call Number 916-821-1774 | CASE NO: 2:21-SW-0549 AC<br>              2:21-SW-0107 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   December 29, 2021                    _____
                                              The Honorable Jeremy D. Peterson
                                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS